U.S. DISTRICT COURT OF Middle Florida
Office of the clerk: Hon Chief Judge
401 W. Central Blvd #1200 Orlando Florida 32801
March 6, 2023

FILED
2023 MAR -6 PM 2:01
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

6:23-cv-399-CEM-DAB

Jose F. Montoya Dominguez
A petitioner

V.

Dept of Justice
Respondent

under 42 USC 1983
a civil rights action
own solely

a complaint by Federal or
the law of the State for injury

Tax payer Damage or no discrimination by Jury
a writ of attachment, garnishment an owneship amount of damage is ~~$ Ten millions dollars~~, I am injured to Reduce to Five millions dollars for earlier, not now Redress required, for plus Ten Thousand dollars every month living cost, without Tax and citizenship papers. I want visit to Seoul Korea

a claim by Jose F.M. Dominguez a pro se required

The Final decision
if. more Than End of November, 2022 I will plus charge Fifty millions dollars charged.
— Consolidated —
For my age's Please pay in Full within Two year For End of 2024. and a "merger"
a limitation
an estate
by cash
only one
10% now
Cash one Time Pay Tax

Reason by no deportation for any crime
no discrimination

name: Jose F. Montoya Dominguez
60570-053
Address: Calle Carlos M. Efguerra
Col. Constifuyentes
Costa Rica Sinaloa
Mexico 80430

~~an~~ amended, ~~a~~ relief
a Forthwith, an Extend

Date: March 6, 2023

# A notice of appeal

U.S. District Court For the
~~Central~~ Middle District of ~~California~~ Florida
March 6, 2023

Jose F. Montoya Dominguez
A Petitioner

V.

Dept of Justice
Respondent

A notice of appeal

Docket no.
2:21-CV-07564 GW-KS

notice: a Party: Jose F. M. Dominguez
60570-053

Date:

name: Jose F. Montoya Dominguez
60570-053
Address: Calle Carlos M. EFGuerra
Col. Constituyentes
Costa Rica, Sinaloa
Mexico 80430
again plus twenty millions dollars

a writ of certiorari
a use
an equitable ownership
an appropriated
an immediately
a within ten days
The last day For Filing
~~Double Cost~~

a covenant     Continue, Primary,
a decision          Facts, Parties, Condon
a determination    Date: March 6, 2023
a conclude      at least three-fourth of, an End, plus Twenty millions dollars
a no more       a Rehearing, a Relief, a granted, an amended, an admitted, a conclude
a case,
an order        a petition For a writ of certiorari to a Review, a case, a Judgment, a Reviewed
warranty        a good cause, a good Faith, June 16, 22 again notice; a Reversal, one, only on
a deed          a Jurisdiction to Supreme Court, a decision, one consider, one Final, if
continuing      more than End of July, 2022 than, plus charged double Cost all of...
                For Time To Time shall be vested, ordain, establish, Courts, Congress. know I
                I will Conduct myself, I will Support The Constitution of The United Sta

I believe that I am entitled to Redress,    Since: 1993-2022, D.O.B. 1940